**James Guy ARNOLD, IV,
Petitioner–Appellant,**

v.

**Charles MARLES, Sheriff; Martin Van
Evans, Respondents–Appellees.**

**James Guy Arnold, Petitioner–
Appellant,**

v.

**Martin Van Evans, Warden,
Respondent–Appellee.**

Nos. 01–8114, 02–6168.

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 6, 2002.

James Guy Arnold, Appellant Pro Se.

Before WILLIAMS and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

James Guy Arnold appeals the district
court orders denying relief on his 28
U.S.C. § 2241 (1994) petitions in these con-
solidated cases. We find Arnold's appeals
to be moot. Accordingly, we deny certifi-
cates of appealability and dismiss the ap-
peals. Further, we deny Arnold's motion

to proceed in forma pauperis on appeal.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*